NUMBER 13-11-00040-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

PREMIUM STAR, INC.,                                                           APPELLANT,

 

                                                             v.

 

U. S. GRAIN &
FEED INGREDIENTS, INC. 

AND AMERICAN RICE,
INC.,                                                  APPELLEES. 

____________________________________________________________

 

                    On
Appeal from the County Court at Law No. 2

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                            Before
Justices Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Premium Star, Inc., perfected an appeal from a judgment rendered against it in
favor of appellees, U.S. Grain & Feed Ingredients, Inc. and American Rice,
Inc.  On January 31, 2011, the Clerk of this Court notified appellant that the
clerk's record in the above cause was originally due on January 5, 2011, and
that the deputy district clerk, Bobbye Miller, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record.  The
Clerk of this Court notified appellant of this defect so that steps could be
taken to correct the defect, if it could be done.  See Tex. R. App. P. 37.3, 42.3(b),(c).  
Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want
of prosecution.  

Appellant
has failed to respond to this Court=s notice.  Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 42.3(b), (c).        

 

PER
CURIAM

 

Delivered and filed the  

17th day of March, 2011.